AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

v.

TYSON D. WILLIAMS, an individual, and STANLEY D. PARRISH, an individual,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14CV510 DAK

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiff Securities and Exchange Commission and against Tyson D. Williams and Stanley D. Parrish, jointly and severally, in the amount of $3,111,484.89, along with prejudgment interest in the amount of $1,067,778.29, and a civil penalty in the amount of $130,000.

July 18, 2016

*Date*

D. Mark Jones

*Clerk of Court*

*Chief Deputy*